BLANCHARD P. ATKINSON, Respondent, *v.* ISABELLE E. ATKINSON, Appellant.

*Appeal — unanimous affirmance — motion to dismiss appeal granted.*

*Atkinson* v. *Atkinson*, 213 App. Div. 827, appeal dismissed.

(Submitted October 26, 1925; decided October 30, 1925.)

MOTION to dismiss an appeal from a judgment, entered March 17, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, unanimously affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that permission to appeal had not been obtained.

*H. Preston Coursen* for motion.

*Harry N. Selvage* opposed.

Motion granted and appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* S. REID SPENCER, Appellant.

*Appeal — orders denying motions to restore to calendar and for permission to resubmit denied — appeals therefrom dismissed.*

*People* v. *Spencer*, 210 App. Div. 841, 875, appeal dismissed.

(Submitted October 26, 1925; decided October 30, 1925.)

MOTION to dismiss appeal from two orders of the Appellate Division in the first judicial department, entered respectively October 10, 1924, and November 7, 1924, the first denying a motion to restore an appeal from a judgment of conviction in the Court of Special Sessions, previously dismissed, to the calendar, and the second denying a motion to resubmit said motion.

The motion was made upon the ground that no appeal lay to the Court of Appeals.

*Joab H. Banton, District Attorney* (*S. Reid, Edwin B. McGuire* of counsel), for motion.

*S. Reid Spencer* opposed.

Motion granted and appeal dismissed.